IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DAVID PAUL HUGGINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:09-CV-377(MTT) |
| BRIAN OWENS, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

This case is before the Court on the Recommendations (Docs. 51 and 53) (the "Recommendations") of United States Magistrate Judge Claude W. Hicks, Jr. on the Motions to Dismiss filed by the Defendants in this case (Docs. 37 and 49).[1] In the Recommendations, the Magistrate Judge recommends dismissing the Plaintiff's case for failure to exhaust his administrative remedies. The Plaintiff has objected to the Recommendations (Doc. 54). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Plaintiff's Objection and has made a de novo determination of the portions of the Recommendation to which Plaintiff objects.

The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Recommendations are adopted and made the order of this Court. The Motions to Dismiss (Docs. 37 and 49) are **GRANTED**. The Order and Recommendation (Doc. 9) is **REJECTED** as moot.

**SO ORDERED**, this the 24th day of August, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jch

---

[1] The Magistrate Judge also submitted an Order and Recommendation (Doc. 9) based on his initial review of this case. Because this Order dismisses the case based on the Recommendations, the Order and Recommendation is moot and is therefore rejected.